## UNITED STATES v. JESSE KIESEL

## SYNOPSIS – COMPLAINT

| **Name:** | Jesse Kiesel |
|---|---|
| **Address:** (City & State Only) | Biddeford, Maine |
| **Year of Birth and Age:** | 1973 (48 years old) |
| **Violations:** | Count 1: Possession of child pornography 18 U.S.C. § 2252A(a)(5)(B).<br><br>Count 2: Attempted transfer of obscene material to a minor 18 U.S.C. § 1470 |
| | Count 1: Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2252A(b)(2).<br><br>Count 2: Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 1470 |
| **Supervised Release:** | Count 1: At least 5 years, maximum of life. 18 U.S.C. § 3583(k).<br><br>Count 2: Not more than 3 years 18 U.S.C. § 3583(b)(2) |

| | | |
|---|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| | Count 2: | Not more than 2 years 18 U.S.C. § 3583(e)(3) |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Life, less any term of imprisonment imposed on the revocation. 18 U.S.C. § 3583(k). |
| | Count 2: | Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | n/a | |
| **Primary Investigative Agency and Case Agent Name:** | HSI<br>Task Force Officer Ronald Phillips | |
| **Detention Status:** | Not detained | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | York | |
| **AUSA:** | Noah Falk | |
| **Guidelines apply?   Y/N** | Yes | |
| **Victim Case:** | Yes | |

| **Corporate Victims Owed Restitution:** | N/A |
|---|---|
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A).<br><br>Not more than $17,000.<br>18 U.S.C. § 2259A(a)(1).<br><br>$5000, if Defendant is found to be non-indigent.<br>18 U.S.C. § 3014(a). |