UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JESSE KIESEL )  | No. 2:21-mj-00170-JHR |

**CONSENT MOTION TO EXTEND TIME TO INDICT**

The United States of America, by and through its undersigned counsel, and with the agreement of the defense, hereby moves that the Court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between August 12, 2021, and November 9, 2021. In support of this Motion, the government states the following:

The defendant made his initial appearance on a criminal complaint on July 12, 2021. Given the Grand Jury's schedule, the United States would, in the absence of a speedy trial exclusion, have to present this matter to the Grand Jury for an indictment on August 4, 2021. The parties wish to have an additional period of time in which to discuss the potential for an alternate resolution to this case.

Counsel for the defendant advised that the defendant has no objection to this motion and the defendant waives her rights under the Speedy Trial Act for the period of the requested exclusion.

1

WHEREFORE, the Government respectfully requests that the Court enter an Order excluding the period of time between August 12, 2021, and November 9, 2021, from calculation under the provisions of the Speedy Trial Act.

Dated: August 2, 2021                    Donald E. Clark
                                                                   Acting United States Attorney

                                                                   /s/ Noah Falk
                                                                   Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 28, 2020, I filed the foregoing Motion to Extend Time to Indict using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

                                        Halsey B. Frank
                                        United States Attorney

                                        /s/ Noah Falk
                                        Assistant United States Attorney